220 P.3d 1042

# SUPREME COURT OF HAWAIʻI

**October 2, 2009**

| 28753 | Moysa v. Davies | Vacated |

**November 2, 2009**

| 28987 | State v. Chang | Vacated and Remanded |

**December 11, 2009**

| 29100 | State v. Johnson | Reversed |